UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEMARCUS KENARD JOE (TDCJ No. 1047716), | ) ) ) |
| Petitioner, | ) ) |
| VS. | ) ) ) |
| PAUL D. STICKNEY, | ) ) |
| Respondent. | ) |

CIVIL ACTION NO.

3:17-CV-2374-G (BN)

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 19, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**